**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7432**

———————

JAMES EDMOND WATTS,

　　　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　　versus

JOHN B. METZGER, III; VIRGINIA PAROLE BOARD;
OFFICE OF THE ATTORNEY GENERAL,

　　　　　　　　　　　　　　　　　　Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-96-946-R)

———————

Submitted:  January 13, 1998　　　Decided:  January 26, 1998

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Edmond Watts, Appellant Pro Se.  John H. McLees, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Watts v. Metzger, No. CA-96-946-R (W.D. Va. Sept. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2